IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAMELA BENTZ; REGINA CARPENTER; and ELIZABETH RHYNE | ) ) ) ) ) ) ) ) ) ) | No. 3-14-2300 |
| v. | | |
| SUMNER COUNTY, TENNESSEE; ABBEY THOMPSON; and CARL PETERSON | | |

O R D E R

During the initial case management conference held on January 12, 2015, a telephone conference call with counsel for the parties and the Court was scheduled on **Tuesday, July 14, 2015, at 10:00 a.m.,** to be initiated by plaintiffs' counsel, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The conference call was inadvertently omitted from the orders entered February 9, 2015 (Docket Entry Nos. 17-18).